**Dismissed and Memorandum Opinion filed November 7, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00376-CV

### JANA LEWIS-PEREZ, Appellant

### V.

### 2018-4 IH BORROWER LP, Appellee

**On Appeal from the County Court at Law No. 1 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI65614**

### MEMORANDUM OPINION

This appeal is from a judgment signed May 18, 2023. The clerk's record was filed August 14, 2023. There is no reporter's record. No brief was filed.

On September 19, 2023, we issued an order stating that unless appellant filed a brief on or before October 19, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.